RAFFAELE SARNO, APPELLANT, v. GULF REFINING COMPANY, RESPONDENT.

Argued May 29, 1925—Decided September 9, 1925.

On appeal from the Supreme Court, whose opinion is reported in 99 *N. J. L.* 340.

For the appellant, *Gross & Gross* (*Merritt Lane* and *Benjamin Gross,* of counsel).

For the respondent, *Mark Townsend, Jr.,* and *William H. Speer* and *William J. Guthrie* (of the Pennsylvania bar), of counsel.

PER CURIAM.

The judgment under review will be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Minturn in the Supreme Court.

*For affirmance*—TRENCHARD, KALISCH, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MC-GLENNON, KAYS, JJ. 10.

*For reversal*—None.